STEPHEN H. GERSOWITZ
14 Wall Street, 19th Flr.
New York, NY 10005
212.422.8498
Attorney for Plaintiff Helios & Matheson
North America, Inc. f/k/a The A Consulting
Team, Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------x
HELIOS & MATHESON NORTH AMERICA, INC.,
f/k/a The A Consulting Team, Inc.,

         Plaintiff,     ECF CASE
                 Civil Action no.:
 -against-           07CV3600PAC
                 Rule 7.1 Disclosure
                 Statement

VEGASOFT OY, a Finnish Corporation.,

         Defendant.
-----------------------------------------------------------------------x

  Pursuant to Fed. R. Civ. P. 7.1, Plaintiff Helios & Matheson North America, Inc., f/k/a The A Consulting Team, Inc., states that Helios & Matheson North America, Inc. has no parent corporation and there is no publicly held corporation that owns 10% or more of its stock.

Dated: May 10, 2007

                 _____
                 STEPHEN H. GERSOWITZ (SG4091)
                 Attorney for Plaintiff
                 14 Wall Street, 19th Flr.
                 New York, N.Y. 10005
                 Tel. No.: (212) 422-8498