# EXHIBIT B

## John Carlson

| | |
|---|---|
| **From:** | Onni Kukkonen [onni.kukkonen@vegasoft.com] |
| **Sent:** | Monday, February 12, 2007 11:56 AM |
| **To:** | Shmuel Bentov |
| **Cc:** | Felicia McCaskill; Matti Karjalainen |
| **Subject:** | Request about VEGA documents, compiled source listings, system descriptions and manuals, designs, flowcharts etc. |
| **Importance:** | High |

Dear Sirs,

In the Termination Notice on February 9th, 2007) Vegasoft has required

"*According to Paragraph 6 of the non-disclosure agreement VEGASOFT requests that all materials, including, without limitation, documents, compiled source listings, system descriptions and manuals, designs, flowcharts and source and object media furnished to TACT by Vegasoft shall be returned to Vegasoft promptly with certification that any copies have been destroyed.*"

HMNA should not that Paragraph 6 is unconditional and may be given any time. We expect that HMNA promptly fulfills its obligations.

However, we accept that - up to the termination date - TACT may temporarily download such VEGA documents and software that are needed for support and sales needs from www.vegasoft.com provided that such documents will be promptly destroyed when they are not needed.

HMNA should note that according to the Paragraph 6 it should destroy all VEGA Password generator programs (vgpass.exe and vgpass.*.*.exe),
compressed archive (zip) files containing such programs and also destroy all files containing generated VEGA passwords.

If HMNA fulfills its obligations it cannot have VEGA password generator or any passwords in its possession.

Therefore - up to the termination date - we shall send the required VEGA passwords directly to customers based on the information supplied by TACT,
provided that such password requests are valid.

Sincerelly
Onni Kukkonen
**Vegasoft**