# EXHIBIT A

-----Original Message-----
From: Onni Kukkonen [mailto:Onni.Kukkonen@vegasoft.com]
Sent: 29. elokuuta 2002 16:10
To: 'Shmuel Bentov'
Cc: 'Matti Karjalainen'
Subject: RE: Vegasoft/TACT agreement???

Smill

We accept these changes and send the signed agreement to you ASAP.

Best regards
Onni

-----Original Message-----
From: Shmuel Bentov [mailto:SBentov@tact.com]
Sent: 28. elokuuta 2002 21:48
To: 'Onni Kukkonen'
Cc: 'Matti Karjalainen'
Subject: RE: Vegasoft/TACT agreement???

Hi Onni and sorry for the delay.

Enclosed please find my correction to the agreement. From a client support
point of view:

1. Ellie is the client service contact person. All clients contact her first
and she responds to support@tact.com
2. Shaul Bergfeld and myself are the technical support people. Ellie will
pass all issues to us first.
3. Vegasoft should be contacted for Level II support only.

Talk to you and see you soon.

Thank You Very Much and Enjoy Life, Shmill


5/11/2007

-----Original Message-----
From: Onni Kukkonen [mailto:Onni.Kukkonen@vegasoft.com]
Sent: Tuesday, August 06, 2002 3:21 AM
To: 'Shmuel Bentov'
Subject: RE: Vegasoft/TACT agreement???


Smill

Now I have waited two weeks for your comments.

Best regards
Onni Kukkonen
Vegasoft

> -----Original Message-----
> From: Onni Kukkonen [mailto:Onni.Kukkonen@vegasoft.com]
> Sent: 24. heinäkuuta 2002 14:47
> To: 'Shmuel Bentov'
> Subject: RE: Vegasoft/TACT agreement???
>
>
> Smill,
>
> During the phone conversation you promised to send your
> comments on Monday. It is now Wednesday but I have not yet
> received anything.
>
> Best regards
> Onni Kukkonen
> Vegasoft
>
> > -----Original Message-----
> > From: Shmuel Bentov [mailto:SBentov@tact.com]
> > Sent: 12. heinäkuuta 2002 0:15
> > To: 'Onni Kukkonen'
> > Subject: RE: Vegasoft/TACT agreement???
> >
> >
> > Onni, I'm sorry for the delay. Our Legal Counsel Lori has
> > been out for a while and then resigned. She had the Vegasoft
> > file and it got stock. I will get back to you on this issue
> > early next week.
> >
> > Talk to you and see you soon.
> >
> > Thank You Very Much and Enjoy Life, Shmill
> >
> >
> > -----Original Message-----
> > From: Onni Kukkonen [mailto:Onni.Kukkonen@vegasoft.com]
> > Sent: Thursday, July 11, 2002 10:26 AM
> > To: 'Shmuel Bentov'

5/11/2007

&gt; &gt; Subject: Vegasoft/TACT agreement???
&gt; &gt;
&gt; &gt;
&gt; &gt; Hi Smill
&gt; &gt;
&gt; &gt; What is the situation with this? In my opinion I have given
&gt; &gt; you enough time to consider this.
&gt; &gt;
&gt; &gt; Best regards
&gt; &gt; Onni Kukkonen
&gt; &gt; Vegasoft
&gt; &gt;
&gt; &gt; &gt; -----Original Message-----
&gt; &gt; &gt; From: Onni Kukkonen [mailto:Onni.Kukkonen@vegasoft.com]
&gt; &gt; &gt; Sent: 3. heinäkuuta 2002 17:34
&gt; &gt; &gt; To: 'Shmuel Bentov'
&gt; &gt; &gt; Subject: Vegasoft/TACT agreement?
&gt; &gt; &gt;
&gt; &gt; &gt;
&gt; &gt; &gt; Hi Smill
&gt; &gt; &gt;
&gt; &gt; &gt; I sent the proposal week ago. We really need your opinion
&gt; on this as
&gt; &gt; &gt; soon as possible.
&gt; &gt; &gt;
&gt; &gt; &gt; Best regards
&gt; &gt; &gt; Onni Kukkonen
&gt; &gt; &gt; Vegasoft
&gt; &gt; &gt;
&gt; &gt; &gt; &gt; -----Original Message-----
&gt; &gt; &gt; &gt; From: Onni Kukkonen [mailto:Onni.Kukkonen@vegasoft.com]
&gt; &gt; &gt; &gt; Sent: 26. kesäkuuta 2002 13:04
&gt; &gt; &gt; &gt; To: 'Shmuel Bentov'
&gt; &gt; &gt; &gt; Cc: 'Matti Karjalainen (Matti Karjalainen)'
&gt; &gt; &gt; &gt; Subject: RE: Vegasoft/TACT agreement
&gt; &gt; &gt; &gt;
&gt; &gt; &gt; &gt;
&gt; &gt; &gt; &gt; Hi Smill
&gt; &gt; &gt; &gt;
&gt; &gt; &gt; &gt; I wrote the attached proposal for the new agreement. The
&gt; &gt; text is 95%
&gt; &gt; &gt; &gt; same as in the existing agreement. Some ancient text
&gt; &gt; (like section 7
&gt; &gt; &gt; &gt; and about first $300,000 royalties) is removed.
&gt; &gt; &gt; &gt;
&gt; &gt; &gt; &gt; I have added a more exact definition of the Level I tech
&gt; &gt; support in
&gt; &gt; &gt; &gt; section 12. I think that you are well aware that the current
&gt; &gt; &gt; &gt; agreement has not worked in tech support since you left
&gt; &gt; it. We have
&gt; &gt; &gt; &gt; used on average 300-400 hours/year to perform tasks that
&gt; &gt; belong to
&gt; &gt; &gt; &gt; TACT tech support. During the last years your tech support has
&gt; &gt; &gt; &gt; solved zero (0) problems but simply forwarded even the most

>>>> elementary questions and problems to us. We must decide
> in two of
>>>> weeks whether to hire a new support person. In practice
> there is
>>>> only one qualified person available and he must make his
>> decision in
>>>> two weeks. In our side we must know if we (a) need that
>>>> person and (b) can afford to hire him. The most important
>>>> factor here is the absence/presence of qualified tech
>>> support in TACT.
>>>>
>>>> Therefore I hope that you respond as soon as possible.
>>>>
>>>> Best regards
>>>> Onni Kukkonen
>>>> Vegasoft
>>>>
>>>>> -----Original Message-----
>>>>> From: Shmuel Bentov [mailto:SBentov@tact.com]
>>>>> Sent: 26. kesäkuuta 2002 1:53
>>>>> To: 'Onni Kukkonen'
>>>>> Cc: Matti Karjalainen (Matti Karjalainen)
>>>>> Subject: RE: Vegasoft/TACT agreement
>>>>>
>>>>>
>>>>> Hi Onni, how are you? I hope all is well. I was not aware of
>>>>> Veli-Matti leaving. I'm sorry to see him gone.
>>>>>
>>>>> Hello Matti and congratulations on becoming the CEO. I
>>> hope we can
>>>>> meet soon.
>>>>>
>>>>> I have asked Ellie to give me a list of all current
> clients and
>>>>> product licenses. I will review and get back to you ASAP.
>>>>>
>>>>> I agree that it is about time we update the agreement to
>>> include the
>>>>> rest of the products. We should make sure that the
>>> agreement is done
>>>>> in such a way that new products can be added via
> simple form. I
>>>>> think we can come up with language to add the other
>>> products to the
>>>>> existing agreement. Please let me know what you think.
>>>>>
>>>>> Talk to you and see you soon.
>>>>>
>>>>> Thank You Very Much and Enjoy Life, Shmill
>>>>>
>>>>>
>>>>> -----Original Message-----
>>>>> From: Onni Kukkonen [mailto:Onni.Kukkonen@vegasoft.com]
>>>>> Sent: Tuesday, June 25, 2002 9:02 AM
>>>>> To: Shmuel Bentov (Shmuel Bentov)

5/11/2007

\> > > > > Cc: Matti Karjalainen (Matti Karjalainen)
\> > > > > Subject: Vegasoft/TACT agreement
\> > > > >
\> > > > >
\> > > > > Hi Smill
\> > > > >
\> > > > > As you might know we have claimed the share of
\> > Veli-Matti and he
\> > > > > leaves the company at the end of August. Matti
\> > > Karjalainen works now
\> > > > > as a CEO.
\> > > > >
\> > > > > We have checked our Distributor Agreements and it
\> > appears that we
\> > > > > need to update the agreement between TACT and Vegasoft.
\> > > > >
\> > > > > 1. Under the current agreement TACT has right to market only
\> > > > > VG-IRIS/DB2 i.e. DB2 related components of the VEGA
\> > > product family.
\> > > > > All other VEGA components (TCP/IP, MQSeries, ODBC Server, Web
\> > > > > Server, Windows/Java
\> > > > > Client) are not included in the agreement at all.
\> > > > >
\> > > > > 2. We now consider if we need to hire support staff to replace
\> > > > > Veli-Matti. A new support person costs us at least 80,000
\> > > > > dollars/year. The most important factor in the need of a
\> > > new support
\> > > > > person is the presence/absence of the qualified level I
\> > > support in
\> > > > > TACT Software. Therefore we need to exactly specify the
\> > > > > responsibilities of TACT Software.
\> > > > >
\> > > > > The decision to hire support staff must be done within
\> > two weeks.
\> > > > > Therefore we need your respone ASAP. We shall send our
\> > > proposal for
\> > > > > the new agreement later this week.
\> > > > >
\> > > > > Best regards
\> > > > > Onni Kukkonen
\> > > > > Vegasoft
\> > > > >
\> > > > >
\> > > > > ----------------------------------------------------------------
\> > > > > ---------------
\> > > > > ----- IMPORTANT: This message is intended only for the
\> > use of the
\> > > > > individual or entity to which it is addressed, and may contain
\> > > > > information that is privileged, confidential and exempt from
\> > > > > disclosure under applicable law. If the reader of this
\> > message is
\> > > > > not the intended recipient, or the employee or agent
\> > > responsible for

5/11/2007

```
>>>>> delivering the message to the intended recipient, you
>> are hereby
>>>>> notified that any dissemination, distribution or
>> copying of this
>>>>> communication is strictly prohibited. If you have
> received this
>>>>> communication in error, please delete it and notify us at
>>>>> InformationTechnology@tact.com.
>>>>> --------------------------------------------------------
>>>>> ---------
>>>>>
>>>>
>>>
>>
>>
>> --------------------------------------------------------
>> --------------
>> ----- IMPORTANT: This message is intended only for the use of
>> the individual
>> or entity to which it is addressed, and may contain
>> information that is
>> privileged, confidential and exempt from disclosure under
>> applicable law. If
>> the reader of this message is not the intended recipient, or
>> the employee or
>> agent responsible for delivering the message to the intended
>> recipient, you
>> are hereby notified that any dissemination, distribution or
>> copying of this
>> communication is strictly prohibited. If you have received this
>> communication in error, please delete it and notify us at
>> InformationTechnology@tact.com.
>> --------------------------------------------------------
>> ---------
>>
>
```

----------------------------------------------------------------
----

IMPORTANT: This message is intended only for the use of the individual
or
entity to which it is addressed, and may contain information that is
privileged, confidential and exempt from disclosure under applicable
law. If
the reader of this message is not the intended recipient, or the
employee or
agent responsible for delivering the message to the intended recipient,
you
are hereby notified that any dissemination, distribution or copying of
this
communication is strictly prohibited. If you have received this
communication in error, please delete it and notify us at

5/11/2007

InformationTechnology@tact.com.

------------------------------------------------------------------------

---