```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUN 0 6 2007
```
ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------:
HELIOS & MATHESON NORTH         :
AMERICA, INC., f/k/a            :
THE A CONSULTING TEAM, INC.,    :   Crotty, J.
                                :
                Plaintiff,      :   CIV. NO.: 07 CV 3600
                                :
        -against-               :   STIPULATION EXTENDING
                                :   TIME TO ANSWER
VEGASOFT OY, A Finnish          :
Corporation,                    :
                                :
                Defendant.      :
-------------------------------------------------------:

IT IS HEREBY STIPULATED, CONSENTED TO, AND AGREED by and between the undersigned counsel for the parties herein that the time for the defendant, Vegasoft OY, to answer or otherwise respond to the Verified Complaint is extended up to, and including, June 29, 2007. It is further agreed that the defendant, Vegasoft OY, admits service of the Verified Complaint, and waives any objection to service of said Verified Complaint.

Dated:  New York, New York                Dated:  New York, New York
        May 30, 2007                              May 30, 2007

STEPHEN H. GERSOWITZ, ESQ.                SILLS CUMMIS EPSTEIN & GROSS P.C.
Attorney for Plaintiff                    Attorneys for Defendant

By: _____               By: _____
        Stephen H. Gersowitz, Esq.                Marc S. Friedman, Esq.
                                          John Carlson, Esq
14 Wall Street, 19th Flr.                 One Rockefeller Plaza
New York, New York 10005                  New York, New York 10020
(212) 422-8498                            (212) 643-7000

                                          SO ORDERED:  JUN 0 6 2007
                                          _____
                                          HONORABLE PAUL A. CROTTY
                                          UNITED STATES DISTRICT JUDGE

#1174268 v1