UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ :

HELIOS & MATHESON NORTH : 
AMERICA, INC., f/k/a :
THE A CONSULTING TEAM, INC., :
                                :
        Plaintiff, :     CIV. NO.: 07 CV 3600 (PAC)
                                :
      -against- : 
                                :    **STIPULATION AND ORDER OF**
VEGASOFT OY, A Finnish :    **DISMISSAL WITH PREJUDICE**
Corporation, :    **AND WITHOUT COSTS**
                                :
        Defendant. :

------------------------------------------------------------ :

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: OCT 0 1 2007

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, the parties, by their undersigned attorneys, hereby stipulate and agree to the dismissal of this action and all counterclaims, with prejudice, and without costs to either party against the other.

STEPHEN H. GERSOWITZ, ESQ.        SILLS CUMMIS EPSTEIN & GROSS P.C.
Attorney for the Plaintiff                Attorneys for Defendant

By: _____          By: _____
    Stephen H. Gersowitz               Marc S. Friedman

Dated: 9/27/07                 Dated: 9/26/07

IT IS ORDERED this _1st_ day of _October_ , 2007 that the Complaint and Counterclaims be and the same are hereby dismissed with prejudice and without costs..

_____
PAUL A. CROTTY, U.S.D.J.

1256320 v6